USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS RIVERA,

                Defendant.

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **February 3, 2021**, the parties shall confer and inform the Court of how they intend to proceed with the revocation hearing. The conference scheduled for January 21, 2021, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: January 20, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge