UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2021
```

UNITED STATES OF AMERICA

-against-

LUIS RIVERA,

                                   Defendant.

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letter of February 3, 2021.  ECF No. 22.
Accordingly,

   1)  By **February 26, 2021**, the parties shall submit any evidence and stipulations.

   2)  By **February 26, 2021**, each party shall submit a brief which, at minimum, contains a
       statement of facts citing exhibits and a section describing the applicable law.

   3)  By **March 12, 2021**, each party shall file opposition papers.

        SO ORDERED.

Dated: February 4, 2021
       New York, New York

                                   _____
                                          ANALISA TORRES
                                   United States District Judge