USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS RIVERA,

Defendant.

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **March 4, 2021**, the parties shall submit their briefs, evidence, and stipulations, in accordance with ECF No. 23.  By **March 18, 2021**, each party shall file opposition papers.

    SO ORDERED.

Dated: February 26, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge