USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

-v-

Luis Rivera

Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19 Cr. 313 (AT)

Defendant __Luis Rivera__ hereby voluntarily consents to participate in the following proceeding via video conference:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- **X** Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature

_____
Defense Counsel's Signature

(Judge may obtain verbal consent on Record and Sign for Defendant)

__Luis Rivera__
Print Defendant's Name

__Christopher Booth__
Print Defense Counsel's Name

This proceeding was conducted by reliable video conferencing technology.

4/26/2021
Date

_____
U.S. District Judge