UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2023
```

UNITED STATES OF AMERICA,

        -against-

LUIS RIVERA,

                Defendant.

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The C.J.A. attorney assigned to receive cases on January 10, 2023, Patricia A. Pileggi, is hereby ordered to assume representation of the defendant in the above captioned matter.

Dated: January 10, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge