USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

LUIS RIVERA,

                Defendant.

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for January 17, 2023, is ADJOURNED to **January 31, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: January 11, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge