**U.S. Dep**[artment of Justice]

*United St*[ates Attorney]
*Southern* [District of New York]

The Silvio J. M[ollo Building]
One Saint An[drew's Plaza]
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/9/2023__

February 8, 2023

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Luis Rivera**, 19 Cr. 313 (AT)

Dear Judge Torres:

    The parties respectfully submit this letter in connection with the violation of supervised release conference scheduled for February 15, 2023. Following the last adjournment, the Government interviewed the victim of the August 23, 2022 assault alleged in Specifications One through Four ("Victim-1"). Based on that interview and discussions between the parties, the parties expect that an evidentiary hearing is necessary. The parties also understand that Victim-1 has previously testified regarding the alleged assault and we would like the opportunity to review that testimony and other case materials before proceeding with the evidentiary hearing.

    The Government anticipates that any evidentiary hearing would last no more than one day. The parties are available any day during the weeks of March 27 or April 3, apart from April 4. Accordingly, the parties respectfully request that next week's conference be adjourned and that an evidentiary hearing date be set.

                     Respectfully submitted,

                     DAMIAN WILLIAMS
                     United States Attorney for the
                     Southern District of New York

                 by:  /s/ Jun Xiang

The conference scheduled for February 15, 2023, is ADJOURNED. The Court will hold an evidentiary hearing on **April 6, 2023**, at **10:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: February 9, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge