

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/31/2023

March 30, 2023

VIA ECF

afslaw.com

Honorable Analisa Torres
United States District Judge
United States District Court
400 Pearl Street
New York, N.Y.  10007

**Patricia A. Pileggi**
Partner
212.745.0839   **DIRECT**
patricia.pileggi@afslaw.com

Re:     United States v. Luis Rivera
                19 CR 313    _

Dear Judge Torres:

A violation of supervised release hearing has been scheduled for April 6, 2023 at 11:00 am.  It is respectfully requested that the hearing be adjourned for a period of 60 days to enable the parties to obtain transcripts of hearings and to provide the defense an opportunity to review medical records that are relevant to this matter.  Assistant U.S. Attorney Jun Xiang consents to this request.  This adjournment will also permit the parties to continue to engage in negotiations about a possible disposition of the matter.

Respectfully submitted,

ArentFox Schiff LLP

*/s/ Patricia A. Pileggi*

GRANTED.  The evidentiary hearing scheduled for April 6, 2023, is ADJOURNED to **June 6, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  By **May 30, 2023**, the parties shall submit exhibits, if any, and a witness list to the Court for the evidentiary hearing.

SO ORDERED.

Dated: March 31, 2023
         New York, New York

_____
ANALISA TORRES
United States District Judge