UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS RIVERA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023

19 Cr. 313 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for June 6, 2023, is ADJOURNED *sine die*.

Dated: May 30, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge