UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    UNITED STATES OF AMERICA

    - v. -

    LUIS RIVERA,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

19 Cr. 313 (JPO)

    WHEREAS, a hearing has been set by this Court for June 6, 2023, concerning reported violations of the conditions of supervised release by the defendant, Luis Rivera;

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Luis Rivera, including records of drug testing, so as to prepare for the conference and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Luis Rivera, to Assistant United States Attorney Jun Xiang for his review.

SO ORDERED:

Dated:    June 5 2023
            New York, New York

_____
J. PAUL OETKEN
United States District Judge